IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MARKEL INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-207 (LAG) |
| | * |
| RAY DEE CONLEY, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 25, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff.

This 25th day of September, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk